**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00075-CR

### HENRY WILSON RICHARDS, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63948-S**

## ORDER

The Court **GRANTS** appellant's November 13, 2014 motion for extension of time to file appellant's reply brief.

We **ORDER** appellant to file the reply brief within **THIRTY (30) DAYS** from the date of this order.

/s/ ADA BROWN
   JUSTICE